IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DEON CORNELL GILCHRIST,

      Appellant,

 v.

                                    Case No.  5D22-2544
                                    LT Case No. 2006-001786-CFAWS

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed December 20, 2022

3.801 Appeal from the Circuit Court
for Volusia County,
James R. Clayton, Judge.

Deon Cornell Gilchrist, Mayo, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.